■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARKISS M., Appellant. [656 NYS2d 896] —Appeal by the defendant from an amended judgment of the Supreme Court, Kings County (Mastro, J.), rendered December 1, 1995, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous convictions of rape in the first degree, sexual abuse in the first degree, and endangering the welfare of a child.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which

could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., O'Brien, Santucci, Friedmann and Goldstein, JJ., concur.